DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THIRD REEF HOLDINGS, LLC,** a Florida limited liability company
directly and derivatively on behalf **BFC-BSI, LLC,** a Delaware limited
liability company,
Appellant,

v.

**MARTIN STEIN,**
Appellee.

No. 4D19-102

[February 20, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Donald W. Hafele, Judge; L.T. Case No. 502015CA014306.

Daniel M. Samson of Samson Appellate Law, Miami, and Justin B.
Kaplan, Derek R. Young, and Matthew S. Sarelson of Kaplan, Young &
Moll Parron, PLLC, Miami, for appellant.

David P. Ackerman, E. Raul Novoa, Jr., and Christine B. Gardner of
Akerman LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***